UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

## CIVIL MINUTES - GENERAL

| Case No. | 2:20-cv-03668-GW (GJS) (GJS) | Date | May 21, 2020 |
|---|---|---|---|
| Title | Carlos A. Velasco v. G. Jaime | | |

| Present: | Hon. Gail J. Standish, United States Magistrate Judge | |
|---|---|---|
| | E. Carson | N/A |
| | Deputy Clerk | Court Reporter / Recorder |
| | Attorneys Present for Petitioner: | Attorneys Present for Respondent: |
| | None present | None present |

**Proceedings:** (IN CHAMBERS) Order Administratively Terming Case at Petitioner's Request Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i) [Dkt. 5]

On April 24, 2020, the Court issued an Order To Show Cause, in which it advised Petitioner that: (1) the Petition appears to be fully unexhausted, given Petitioner's admission that he has not presented any of his claims to the California Supreme Court; and (2) Grounds One and Two of the Petition are not cognizable, and Ground Three fails on its face [Dkt. 3, "OSC"]. With respect to the exhaustion issue, the Court advised Petitioner of his two available options, including to voluntarily dismiss the case without prejudice so that he could pursue his state remedies or to seek a stay while he did so. The OSC directed Petitioner to file a response by June 8, 2020, advising how he wished to proceed in light of the matters set forth in the OSC.

On May 14, 2020, Petitioner filed a timely response to the OSC [Dkt. 5, "Response"]. In the Response, Petitioner states that he does not agree with the analysis set forth in the OSC. Nonetheless, Petitioner states, clearly and explicitly, that he "decides to dismiss his petition at this time to seek state remedies."

Under Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, Petitioner has an absolute right to voluntarily dismiss this action without a court order being required. Accordingly, the Court construes the Response as a Rule 41(a)(1)(A)(i) notice of

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | 2:20-cv-03668-GW (GJS) (GJS) | Date | May 21, 2020 |
|---|---|---|---|
| Title | Carlos A. Velasco v. G. Jaime | | |

dismissal, and as a result, the Clerk's Office is DIRECTED to terminate this case pursuant to Petitioner's requested dismissal. So that the record is clear, such dismissal is made pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i) and on a without prejudice basis.

**IT IS SO ORDERED.**